IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| MEGAN ELIZABETH HANEY, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 5:20-cv-699-BO |
| ) | |
| v. ) | |
| ) | |
| VERIZON WIRELESS d/b/a, ) | **ORDER** |
| CELLO PARTNERSHIP, ) | |
| ) | |
| Defendant. ) | |

Upon motion of the defendant, Cellco Partnership d/b/a Verizon Wireless ("Defendant"), and for good cause shown, Plaintiff is hereby Ordered to submit a more definite statement of her claims pursuant to Rule 12(e) of the Federal Rules of Civil Procedure.

**SO ORDERED. This 18 day of August 2021.**

_____
TERRENCE W. BOYLE
United States District Judge